FILED

08/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0435

Form 4(6)

Jay Pageler
**Name**
10410 Stardust Drive
Boise        Id        83709
**City        State        Zip**
Jay Pageler at gmail
*[e-mail address]*

_____
*[Designation of party]*

FILED

AUG 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____
*[to be assigned by Clerk of Supreme Court]*

Jay Pageler_____,

**Appellant,**

v.

Montana Eighteenth Judicial District Court, Gallatin County,

**Appellee.**

**PETITION FOR
AN OUT-OF-TIME
APPEAL**

*[To ask the Court to allow you to file an out-of-time appeal, give the reasons why the appeal was not timely filed. State in the petition or supporting affidavit the issues you wish to raise on appeal and explain in detail the reasons that you did not file a timely appeal. Give only true and accurate explanations that support your petition. Include a copy of the final order or judgment from which you wish to appeal. M. R. App.P. 4(6)]*

I petition the Court to allow me to file an out-of-time appeal for the following reason: [Check one]

☐ I improperly filed a timely Notice of Appeal only with the District Court, as more fully explained below.

© Montana Supreme Court

OUT-OF-TIME APPEAL
PAGE 1 OF 4

☐ I discussed filing a timely appeal with my attorney, but he or she failed to file it for me, as more fully explained below.

☒ I failed to file the Notice of Appeal for the following reason:

New evidence (2) mental evaluations — Autism, severe PTSD

☒ Attached as Exhibit "A," a copy of the judgment or order from which I wish to appeal.

As legal authority for filing an out-of-time appeal, I cite the following which supports this petition:

DATED this 1st day of August, 20 22.

_____Jay Pageler_____
[Signature]

_____Jay Pageler_____
[Print name]

## VERIFICATION UPON OATH OR AFFIRMATION

STATE OF ~~MONTANA~~ IDAHO KD )

                  : ss.

County of ___ADA___ )

    I swear that everything stated in this petition is true and correct to the best of my knowledge.

    DATED this __1st__ day of __August__ , 20__22__ .

_____Jay Pageler_____
[Signature]

_____Jay Pageler_____
[Print name]

    Signed and sworn to or affirmed before me on this date by

__August 1, 2022_____ .

[Seal]

_____Kennidy Davies_____
[Signature of Notary Public]

_____Kennidy Davies_____
[Typed or printed name]

_____Notary_____
[Title]

_____Boise, ID_____
[Residing at]

My Commission expires: __06/027/2028__ .



KENNIDY DAVIES
COMMISSION #20223160
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 06/27/2028

# CERTIFICATE OF SERVICE

I certify that I have filed a copy of this **Petition for an Out-of-Time Appeal** with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any party not represented by counsel as follows:

Bjorn E. Boyer, Deputy County Attorney
[Name of opposing counsel]

1709 West College Street
Bozeman Mt 59715
[Address]

Counsel for ___Jay Pageler___

___himself___
[Other party representing himself or herself]

10410 Stardust Drive
Boise Id 83709
[Address]

DATED this ___1st___ day of ___August___, 20___22___.

___Jay Pageler___
[Name]

___Jay Pageler___
[Print name]



© Montana Supreme Court